IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN OMAHA PROPERTY OWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> V. <br><br> CITY OF OMAHA, MICHAEL O JOHNSON, GREG PETERSEN, KEVIN DENKER, JANE DOES, and JOHN DOES, <br><br> Defendants. | 8:13CV230 <br><br> ORDER |

On May 16, 2014, John J. Malone, Sr. ("Malone") filed a motion to intervene (filing 23) in this case. The Court denied Malone's motion on June 18, 2014, finding that Malone had not articulated reasons why intervention was necessary at that time. (Filing 28.) In so holding, the Court noted that the case had been stayed in light of ongoing settlement negotiations between the existing parties, and that Malone could reassert his motion to intervene upon conclusion of the stay.

Malone has requested that the Court reconsider its order denying his motion to intervene. (Filing 29.) Malone maintains that the Court neglected to consider his reply brief and supporting affidavit in reaching its decision. Malone's motion to reconsider will be denied as the Court did carefully consider all the materials he submitted in reaching its decision on the motion to intervene.

**IT IS ORDERED** that John Malone's Motion to Reconsider (filing 29) is denied.

**DATED July 1, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**